1   **MARTIN H. ORLICK, SBN  83908**
    **JEFFER, MANGELS, BUTLER & MARMARO LLP**
2   **Two Embarcadero Center, 5th Floor**
    **San Francisco, California 94111**
3   **Telephone:    (415) 398-8080**
    **Facsimile:    (415) 398-5584**
4
5   **Attorneys for Defendant**
    **PACPIZZA LLC dba PIZZA HUT**
6
7                         **UNITED STATE DISTRICT COURT**
8                       **EASTERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  SCOTT N. JOHNSON, | **Case No.    05-cv-00023 LKK-GGH** |
| 11                          Plaintiff, | **REQUEST FOR DISMISSAL WITH** |
| 12        vs. | **PREJUDICE AND ORDER THEREON** |
| 13  PACPIZZA LLC dba PIZZA HUT (3501 | |
|     WATT AVE.,); JAMES F. ROTH, individually | |
| 14  and as TRUSTEES of the TESTAMENTRY | |
|     TRUST "B" under the LAST WILL and | |
| 15  TESTAMENT of HARRY A. ROTH, | |
|     deceased; CARLA JANE ROTH; and DOES 1 | |
| 16  THROUGH 10, inclusive, | |
| 17 | |
|                          Defendants. | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |

22          **TO THE COURT AND ALL PARTIES:**

23          Pursuant to a Settlement Agreement and Release between Plaintiff, SCOTT N.

24  JOHNSON , and Defendants PACPIZZA LLC dba PIZZA HUT (3501 WATT AVE.,); JAMES

25  F. ROTH, individually and as TRUSTEES of the TESTAMENTRY TRUST "B" under the LAST

26  WILL and TESTAMENT of HARRY A. ROTH, deceased; and CARLA JANE ROTH, Plaintiff

27  hereby requests that the Court dismiss the above-entitled action, with prejudice, each party

28

1   to bear its own fees and costs.

2

3
DATED: April 14, 2005                              LAW OFFICE OF SCOTT N. JOHNSON
4

5
                                                   By: /s/ Scott N. Johnson
6                                                  SCOTT N. JOHNSON, ESQ.
                                                   Attorney for SCOTT N. JOHNSON
7

8

9
                                                   JEFFER, MANGELS, BUTLER & MARMARO
10                                                 LLP

11
DATED:  April 14, 2005
12
                                                   By: /s/ Martin H. Orlick
13                                                 MARTIN H. ORLICK, ESQ.
                                                   Attorneys for Defendant PACPIZZA LLC dba
14                                                 PIZZA HUT

15
DATED: April 14, 2005                              MARSHALL, BURGHARDT, MIESKE &
16                                                 HARP. LLP

17

18                                                 By:  /s/ Ernest S Mieske
                                                   ERNEST S. MIESKE, ESQ.
19                                                 Attorneys for Defendants JAMES F. ROTH,
                                                   individually and as TRUSTEES of the
20                                                 TESTAMENTRY TRUST "B" under the LAST
                                                   WILL and TESTAMENT of HARRY A. ROTH,
21                                                 deceased; CARLA JANE ROTH

22

23

24   ///

25   ///

26   ///

27

28                                      ORDER

389725v1                   REQUEST FOR DISMISSAL          05-CV-00023 LKK-GGH

1        IT IS HEREBY ORDERED that the complaint of Plaintiffs, USDC Case No. 05-cv-

2   00023-LKK-GGH, is hereby dismissed with prejudice as to all parties.

3   DATED:  April 19, 2005

4                                   /s/Lawrence K. Karlton
                                    United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR DISMISSAL**        **05-CV-00023 LKK-GGH**